No. 00–1034.  PITTS v. DALLAS COUNTY BAIL BOND BOARD. Ct. App. Tex., 7th Dist.  Certiorari denied.

No. 00–1037.  MANDANICI v. STARR.  C. A. 8th Cir.  Certiorari denied.

No. 00–1038.  RODRIGUEZ v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 00–1041.  PANOS v. NEW YORK.  County Ct., Warren County, N. Y.  Certiorari denied.

No. 00–1042.  TONN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–1048.  BAKER v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–1050.  DRONES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–1055.  SPHERE DRAKE UNDERWRITING MANAGEMENT, LTD. v. ROYAL INSURANCE COMPANY OF AMERICA.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 00–1058.  JADERANY v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–1060.  KONWINSKI v. PIRIE, ACTING SECRETARY OF THE NAVY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–1061.  ORTIZ v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 00–1063.  MISSOURI ON THE MAINLAND v. PIRIE, ACTING SECRETARY OF THE NAVY, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1064.  ELLIS v. CITY OF CARROLLTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–1079.  DOUGLASS v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.